**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6617

CONRAD L. SLOCUMB,

                Plaintiff - Appellant,

        v.

EILEEN DELANEY, NP Medical; SHERONDA SMITH, RN KCI Medical;
DR. CROSS, MD KCI Medical; MICHAEL BEJHOR, MD SCDC Medical
Director; RENEE WILLIAMS, KCI Mental Health; CLYDE HOLLIDAY,
KCI Mental Health; JIM PAGE, KCI Mental Health, personal and
official capacities,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., Senior
District Judge. (9:09-cv-00458-HMH)

Submitted:  March 30, 2011            Decided:  April 8, 2011

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Conrad L. Slocumb, Appellant Pro Se.  Janet Brooks Holmes,
Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Conrad L. Slocumb, a state prisoner, appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Slocumb v. Delaney, No. 9:09-cv-00458-HMH (D.S.C. Mar. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED